Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  18−28694−ABA
          Chapter:  13
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Rodney W Brown                                   Kathleen M Brown
   2 Lacy Court                                         aka Kathleen M. Dickinson
   Clayton, NJ 08312                           2 Lacy Court
                                                            Clayton, NJ 08312

Social Security No.:
   xxx−xx−9498                                            xxx−xx−5999

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on May 23, 2019.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 23, 2019
JAN: bc

                                                                                       Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 18-28694-ABA
Rodney W Brown                                                              Chapter 13
Kathleen M Brown
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 3              Date Rcvd: May 23, 2019
                              Form ID: 148             Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 25, 2019.
```
db/jdb         +Rodney W Brown,    Kathleen M Brown,    2 Lacy Court,    Clayton, NJ 08312-1540
517765199      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517765220      +Fein, Such, Kahn & Shepard, PC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517765221      +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517765222      +Holly Brown,    2 Lacy Court,    Clayton, NJ 08312-1540
517765223      +Kahuna Payment Solututions,    Attn: Bankruptcy Department,    2714 Mcgraw Dr.,
                 Bloomington, IL 61704-6012
517765230      +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
517817530      +Navient Solutions, LLC. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517814748       Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
517868229      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517998626      +Toyota Motor Credit Corporation,    Kevin G. McDonald, Esquir,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517765247      +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
518125481       United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973
517765249      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517892257      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 23 2019 21:26:34      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 23 2019 21:26:34      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: jennifer.chacon@spservicing.com May 23 2019 21:26:36
                 Select Portfolio Servicing,    3217 South Decker Lake Dr.,    Salt Lake City, UT 84119-3284
517765195      +E-mail/Text: backoffice@affirm.com May 23 2019 21:26:36      Affirm Inc,    Affirm Incorporated,
                 Po Box 720,    San Francisco, CA 94104-0720
517877462       E-mail/Text: bankruptcy@pepcoholdings.com May 23 2019 21:26:34
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
517765196      +EDI: TSYS2.COM May 24 2019 01:33:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
517765197      +EDI: CAPITALONE.COM May 24 2019 01:33:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517824265       EDI: CAPITALONE.COM May 24 2019 01:33:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
517865780       EDI: BL-BECKET.COM May 24 2019 01:33:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517765200       EDI: WFNNB.COM May 24 2019 01:33:00      Comenity Capital Bank/HSN,    Attn: Bankruptcy Dept,
                 Po Box 18215,    Columbus, OH 43218
517765201       EDI: WFNNB.COM May 24 2019 01:33:00      Comenity Capital/Zales,    Attn: Bankrutpcy Dept,
                 Po Box 18215,    Columbus, OH 43218
517765202      +EDI: WFNNB.COM May 24 2019 01:33:00      Comenitybank/wayfair,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517765204      +EDI: CCS.COM May 24 2019 01:33:00      Credit Collection Services,    Attn: Bankruptcy,
                 725 Canton St,    Norwood, MA 02062-2679
517843372       EDI: CRFRSTNA.COM May 24 2019 01:33:00      Credit First NA,    PO Box 818011,
                 Cleveland, OH 44181-8011
517765205      +EDI: CRFRSTNA.COM May 24 2019 01:33:00      Credit First National Assoc,
                 Attn: BK Credit Operations,    Po Box 81315,    Cleveland, OH 44181-0315
517765206      +EDI: RCSFNBMARIN.COM May 24 2019 01:33:00      Credit One Bank,    PO Box 98872,
                 Las Vegas, NV 89193-8872
517765207      +EDI: RCSFNBMARIN.COM May 24 2019 01:33:00      Credit One Bank Na,    Po Box 98873,
                 Las Vegas, NV 89193-8873
517765208      +EDI: NAVIENTFKASMDOE.COM May 24 2019 01:33:00      Dept of Ed / Navient,    Attn: Claims Dept,
                 Po Box 9635,    Wilkes Barr, PA 18773-9635
517765224      +E-mail/Text: bncnotices@becket-lee.com May 23 2019 21:26:34      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517795753       EDI: MERRICKBANK.COM May 24 2019 01:33:00      MERRICK BANK,    Resurgent Capital Services,
                 PO Box 10368,    Greenville, SC 29603-0368
517765225      +EDI: MERRICKBANK.COM May 24 2019 01:33:00      Merrick Bank/CardWorks,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
517765227      +EDI: MID8.COM May 24 2019 01:33:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
517765226      +EDI: MID8.COM May 24 2019 01:33:00      Midland Funding,    Attn: Bankruptcy,    Po Box 939069,
                 San Diego, CA 92193-9069
517798044      +EDI: MID8.COM May 24 2019 01:33:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
```

```
District/off: 0312-1                  User: admin                 Page 2 of 3                  Date Rcvd: May 23, 2019
                                      Form ID: 148                Total Noticed: 63


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517891475       EDI: NAVIENTFKASMSERV.COM May 24 2019 01:33:00      Navient Solutions, LLC on behalf of,
                 Department of Education Loan Services,    PO Box 9635,    Wilkes Barre, PA 18773-9635
517992136      +EDI: NAVIENTFKASMSERV.COM May 24 2019 01:33:00      Navient Solutions, LLC.,    220 Lasley Ave,
                 Wilkes-Barre, PA 18706-1430
517765233       EDI: PRA.COM May 24 2019 01:33:00      Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
517892619       EDI: PRA.COM May 24 2019 01:33:00      Portfolio Recovery Associates, LLC,    c/o Carnival,
                 POB 41067,    Norfolk VA 23541
517881628       EDI: PRA.COM May 24 2019 01:33:00      Portfolio Recovery Associates, LLC,    c/o Qcard,
                 POB 41067,    Norfolk VA 23541
517889399       EDI: PRA.COM May 24 2019 01:33:00      Portfolio Recovery Associates, LLC,    c/o Qvc,
                 POB 41067,    Norfolk VA 23541
517879920       EDI: PRA.COM May 24 2019 01:33:00      Portfolio Recovery Associates, LLC,    c/o Wal-mart,
                 POB 41067,    Norfolk VA 23541
517767311       EDI: Q3G.COM May 24 2019 01:33:00      Quantum3 Group LLC as agent for,
                 Credit Corp Solutions Inc,    PO Box 788,    Kirkland, WA 98083-0788
517875499       EDI: Q3G.COM May 24 2019 01:33:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517875496       EDI: Q3G.COM May 24 2019 01:33:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517819750      +EDI: DRIV.COM May 24 2019 01:33:00      SANTANDER CONSUMER USA,    P.O. Box 560284,
                 Dallas, TX 75356-0284
517765235      +EDI: DRIV.COM May 24 2019 01:33:00      Santander Consumer USA,    Attn: Bankruptcy,
                 Po Box 961245,    Fort Worth, TX 76161-0244
517765236      +E-mail/Text: jennifer.chacon@spservicing.com May 23 2019 21:26:36
                 Select Portfolio Servicing, Inc.,    PO Box 65250,    Salt Lake City, UT 84165-0250
517765237      +EDI: RMSC.COM May 24 2019 01:33:00      Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
517765238      +EDI: RMSC.COM May 24 2019 01:33:00      Synchrony Bank,    Attn: Bankruptcy,    PO Box 103104,
                 Roswell, GA 30076-9104
517767078      +EDI: RMSC.COM May 24 2019 01:33:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517765241      +EDI: RMSC.COM May 24 2019 01:33:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517765242      +EDI: RMSC.COM May 24 2019 01:33:00      Synchrony Bank/QVC,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517765243      +EDI: RMSC.COM May 24 2019 01:33:00      Synchrony Bank/Sams Club,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517765244      +EDI: RMSC.COM May 24 2019 01:33:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517765245       EDI: TFSR.COM May 24 2019 01:33:00      Toyota Financial Services,    Attn: Bankruptcy,
                 Po Box 8026,    Cedar Rapids, IA 52409
517765246       EDI: USBANKARS.COM May 24 2019 01:33:00      US Bank/RMS CC,    Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201
517765250      +EDI: WFFC.COM May 24 2019 01:33:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
517765252      +EDI: WFFC.COM May 24 2019 01:33:00      Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,
                 Po Box 10438,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 48


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517892961        DEUTSCHE BANK, NATIONAL TRUST COMPANY, as TRUSTEE
517765198*      +Capital One,   Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517765203*      +Comenitybank/wayfair,    Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
517765209*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517765210*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517765211*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517765212*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517765213*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517765214*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517765215*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517765216*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517765217*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517765218*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517765219*      +Dept of Ed / Navient,    Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517765229*      +Midland Funding,    2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
517765228*      +Midland Funding,    Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
517765231*      +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
517765232*      +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
517765234*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court: Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541)
517911226*       Select Portfolio Servicing, Inc.,    P.O.Box 65250,    Salt Lake City UT 84165-0250
517765239*      +Synchrony Bank,    Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
517765240*      +Synchrony Bank,    Attn: Bankruptcy,    PO Box 103104,    Roswell, GA 30076-9104
517765248*      +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
517765251*      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTALS: 1, * 23, ## 0
```

```
District/off: 0312-1          User: admin              Page 3 of 3         Date Rcvd: May 23, 2019
                              Form ID: 148             Total Noticed: 63
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2019 at the address(es) listed below:
              Amy L Knapp    on behalf of Joint Debtor Kathleen M Brown ecf@newjerseybankruptcy.com,
               notices@uprightlaw.com;r63406@notify.bestcase.com
              Amy L Knapp    on behalf of Debtor Rodney W Brown ecf@newjerseybankruptcy.com,
               notices@uprightlaw.com;r63406@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Joint Debtor Kathleen M Brown ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Debtor Rodney W Brown ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              R. A. Lebron    on behalf of Loss Mitigation   Select Portfolio Servicing bankruptcy@feinsuch.com
              R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVIVING, INC., as servicer for DEUTSCHE
               BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-1
               bankruptcy@feinsuch.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10