Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

          Case No.:  18−28694−ABA
          Chapter:  13
          Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Rodney W Brown                              Kathleen M Brown
   2 Lacy Court                                     aka Kathleen M. Dickinson
   Clayton, NJ 08312                           2 Lacy Court
                                                      Clayton, NJ 08312

Social Security No.:
   xxx−xx−9498                                      xxx−xx−5999

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                 8/14/19
Time:               10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 2, 2019
JAN: bc

                                              Jeanne Naughton
                                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Rodney W Brown  
Kathleen M Brown  
    Debtors

Case No. 18-28694-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3     Date Rcvd: Jul 02, 2019  
                     Form ID: 132    Total Noticed: 63

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2019.

```
db/jdb         +Rodney W Brown,    Kathleen M Brown,    2 Lacy Court,    Clayton, NJ 08312-1540
517765196      +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517865780       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517765199      +Citicards,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517843372       Credit First NA,    PO Box 818011,    Cleveland, OH 44181-8011
517765205      +Credit First National Assoc,    Attn: BK Credit Operations,    Po Box 81315,
                 Cleveland, OH 44181-0315
517765220      +Fein, Such, Kahn & Shepard, PC,    7 Century Drive,    Suite 201,    Parsippany, NJ 07054-4673
517765221      +Financial Recoveries,    Attn: Bankruptcy,    Po Box 1388,    Mount Laurel, NJ 08054-7388
517765222      +Holly Brown,    2 Lacy Court,    Clayton, NJ 08312-1540
517765223      +Kahuna Payment Solutuions,    Attn: Bankruptcy Department,    2714 Mcgraw Dr.,
                 Bloomington, IL 61704-6012
517765230      +Navient,    Attn: Bankruptcy,    Po Box 9000,    Wiles-Barr, PA 18773-9000
517817530      +Navient Solutions, LLC. on behalf of,    NJHEAA,    PO BOX 548,    Trenton, NJ 08625-0548
517814748       Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
517819750      +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517765235      +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
517765245     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Financial Services,     Attn: Bankruptcy,    Po Box 8026,
                 Cedar Rapids, IA 52409)
517868229      +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517998626      +Toyota Motor Credit Corporation,    Kevin G. McDonald, Esquir,    216 Haddon Avenue, Ste. 406,
                 Westmont, NJ 08108-2812
517765246     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  US Bank/RMS CC,     Attn: Bankruptcy,    Po Box 5229,
                 Cincinnati, OH 45201)
517765247      +US Deptartment of Education/Great Lakes,    Attn: Bankruptcy,    Po Box 7860,
                 Madison, WI 53707-7860
518125481       United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973
517765249      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517892257      +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
517765250      +Wells Fargo Dealer Services,    Attn: Bankruptcy,    Po Box 19657,    Irvine, CA 92623-9657
517765252      +Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 03 2019 01:14:55      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 03 2019 01:14:48      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm             +E-mail/Text: jennifer.chacon@spservicing.com Jul 03 2019 01:16:29
                 Select Portfolio Servicing,    3217 South Decker Lake Dr.,    Salt Lake City, UT 84119-3284
517765195      +E-mail/Text: backoffice@affirm.com Jul 03 2019 01:16:26      Affirm Inc,    Affirm Incorporated,
                 Po Box 720,    San Francisco, CA 94104-0720
517877462       E-mail/Text: bankruptcy@pepcoholdings.com Jul 03 2019 01:14:04
                 Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ  08069-3600
517765197      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2019 01:10:11      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517824265       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 03 2019 01:10:49
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
517765200       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 01:14:16      Comenity Capital Bank/HSN,
                 Attn: Bankruptcy Dept,    Po Box 18215,    Columbus, OH 43218
517765201       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 01:14:16      Comenity Capital/Zales,
                 Attn: Bankrutptcy Dept,    Po Box 18215,    Columbus, OH 43218
517765202      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 03 2019 01:14:16      Comenitybank/wayfair,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517765204      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 03 2019 01:16:05
                 Credit Collection Services,    Attn: Bankruptcy,    725 Canton St,    Norwood, MA 02062-2679
517765206      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 03 2019 10:45:45      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
517765207      +E-mail/PDF: creditonebknotifications@resurgent.com Jul 03 2019 10:45:45      Credit One Bank Na,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517765208      +E-mail/PDF: pa_dc_ed@navient.com Jul 03 2019 01:11:36      Dept of Ed / Navient,
                 Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
517765224      +E-mail/Text: bncnotices@becket-lee.com Jul 03 2019 01:13:43      Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517795753       E-mail/Text: bkr@cardworks.com Jul 03 2019 01:12:33      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
```

```
District/off: 0312-1           User: admin              Page 2 of 3              Date Rcvd: Jul 02, 2019
                               Form ID: 132             Total Noticed: 63

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517765225        +E-mail/Text: bkr@cardworks.com Jul 03 2019 01:12:33     Merrick Bank/CardWorks,
                  Attn: Bankruptcy,   Po Box 9201,   Old Bethpage, NY 11804-9001
517765227        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 03 2019 01:14:47     Midland Funding,
                  2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
517765226        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 03 2019 01:14:47     Midland Funding,
                  Attn: Bankruptcy,   Po Box 939069,   San Diego, CA 92193-9069
517798044        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 03 2019 01:14:47     Midland Funding LLC,
                  PO Box 2011,   Warren, MI 48090-2011
517891475         E-mail/PDF: pa_dc_claims@navient.com Jul 03 2019 01:11:38
                  Navient Solutions, LLC on behalf of,   Department of Education Loan Services,   PO Box 9635,
                  Wilkes Barre, PA 18773-9635
517992136        +E-mail/PDF: pa_dc_claims@navient.com Jul 03 2019 01:10:56     Navient Solutions, LLC.,
                  220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
517765233         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 01:10:14
                  Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
517892619         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 01:11:33
                  Portfolio Recovery Associates, LLC,   c/o Carnival,   POB 41067,   Norfolk VA 23541
517881628         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 01:10:53
                  Portfolio Recovery Associates, LLC,   c/o Qcard,   POB 41067,   Norfolk VA 23541
517889399         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 01:11:34
                  Portfolio Recovery Associates, LLC,   c/o Qvc,   POB 41067,   Norfolk VA 23541
517879920         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 03 2019 01:11:33
                  Portfolio Recovery Associates, LLC,   c/o Wal-mart,   POB 41067,   Norfolk VA 23541
517767311         E-mail/Text: bnc-quantum@quantum3group.com Jul 03 2019 01:14:31
                  Quantum3 Group LLC as agent for,   Credit Corp Solutions Inc,   PO Box 788,
                  Kirkland, WA  98083-0788
517875499         E-mail/Text: bnc-quantum@quantum3group.com Jul 03 2019 01:14:30
                  Quantum3 Group LLC as agent for,   Comenity Bank,   PO Box 788,   Kirkland, WA  98083-0788
517875496         E-mail/Text: bnc-quantum@quantum3group.com Jul 03 2019 01:14:30
                  Quantum3 Group LLC as agent for,   Comenity Capital Bank,   PO Box 788,
                  Kirkland, WA  98083-0788
517765236        +E-mail/Text: jennifer.chacon@spservicing.com Jul 03 2019 01:16:29
                  Select Portfolio Servicing, Inc.,   PO Box 65250,   Salt Lake City, UT 84165-0250
517765237        +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 01:11:22     Synchrony Bank,
                  Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
517765238        +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 01:10:05     Synchrony Bank,
                  Attn: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
517767078        +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 01:11:24     Synchrony Bank,
                  c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
517765241        +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 01:11:23     Synchrony Bank/Amazon,
                  Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517765242        +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 01:10:05     Synchrony Bank/QVC,
                  Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517765243        +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 01:10:43     Synchrony Bank/Sams Club,
                  Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
517765244        +E-mail/PDF: gecsedi@recoverycorp.com Jul 03 2019 01:10:05     Synchrony Bank/Walmart,
                  Attn:  Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                              TOTAL: 38

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517892961          DEUTSCHE BANK, NATIONAL TRUST COMPANY, as TRUSTEE
517765198*        +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
517765203*        +Comenitybank/wayfair,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
517765209*        +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
517765210*        +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
517765211*        +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
517765212*        +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
517765213*        +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
517765214*        +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
517765215*        +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
517765216*        +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
517765217*        +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
517765218*        +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
517765219*        +Dept of Ed / Navient,   Attn: Claims Dept,   Po Box 9635,   Wilkes Barr, PA 18773-9635
517765229*        +Midland Funding,   2365 Northside Dr Ste 30,   San Diego, CA 92108-2709
517765228*        +Midland Funding,   Attn: Bankruptcy,   Po Box 939069,   San Diego, CA 92193-9069
517765231*        +Navient,   Attn: Bankruptcy,   Po Box 9000,   Wiles-Barr, PA 18773-9000
517765232*        +Navient,   Attn: Bankruptcy,   Po Box 9000,   Wiles-Barr, PA 18773-9000
517765234*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                  (address filed with court: Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541)
517911226*         Select Portfolio Servicing, Inc.,   P.O.Box 65250,   Salt Lake City UT 84165-0250
517765239*        +Synchrony Bank,   Attn: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
517765240*        +Synchrony Bank,   Attn: Bankruptcy,   PO Box 103104,   Roswell, GA 30076-9104
517765248*        +US Deptartment of Education/Great Lakes,   Attn: Bankruptcy,   Po Box 7860,
                  Madison, WI 53707-7860
517765251*        +Wells Fargo Dealer Services,   Attn: Bankruptcy,   Po Box 19657,   Irvine, CA 92623-9657
                                                                             TOTALS: 1, * 23, ## 0
```

```
District/off: 0312-1          User: admin              Page 3 of 3               Date Rcvd: Jul 02, 2019
                              Form ID: 132             Total Noticed: 63
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2019 at the address(es) listed below:

```
          Amy L Knapp    on behalf of Joint Debtor Kathleen M Brown ecf@newjerseybankruptcy.com,
           notices@uprightlaw.com;r63406@notify.bestcase.com
          Amy L Knapp    on behalf of Debtor Rodney W Brown ecf@newjerseybankruptcy.com,
           notices@uprightlaw.com;r63406@notify.bestcase.com
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
           kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
          Lee Martin Perlman    on behalf of Joint Debtor Kathleen M Brown ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Lee Martin Perlman    on behalf of Debtor Rodney W Brown ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          R. A. Lebron    on behalf of Loss Mitigation    Select Portfolio Servicing bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVIVING, INC., as servicer for DEUTSCHE
           BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-1
           bankruptcy@feinsuch.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 10
```