UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
Tel: (856) 751-4224
Fax: (888) 635-5933
Lee M. Perlman, Esq., (019171994)

Order Filed on August 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

RODNEY AND KATHLEEN BROWN

Chapter 13

Case No.: 18-28694-ABA

Hearing Date: August 12, 2020
Time: 10:00 a.m.

Judge: Hon. Andrew B. Altenburg, Jr.

## CONSENT ORDER TO DEEM THE LATE FILED PROOF OF CLAIM FILED BY THE INTERNAL REVENUE SERVICES AS TIMELY FILED

The relief set forth on the following pages, numbered two (3) is hereby **ORDERED**.

**DATED: August 11, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Rodney & Kathleen Brown
Case No: 18-28694-ABA
Caption of Order: Consent Order to deem the late filed Proof of Claim filed by the Internal Revenue Services as timely filed

Upon consideration of priority creditor Internal Revenue Service's Proof of Claim as further detailed in PACER Claim #29-1, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown; it is hereby;

**ORDERED** as follows:

1. Internal Revenue Service proof of claim will govern as filed and will be deemed as timely filed. The priority amount of $6,102.01 will be scheduled to be paid in full through Debtor's Chapter 13 Plan.

2. The Chapter 13 Trustee shall adjust the amount to be distributed to the Internal Revenue Service to reflect the terms of this Order.

| The form and entry of the order is<br>Hereby acknowledged and agreed to: | Without Objection: |
|---|---|
| Lee M. Perlman, Esquire<br>Attorney for Debtor | Eamonn O'Hagan, Esquire<br>U.S. Attorney's Office<br>District of New Jersey |
| _____<br>Lee M. Perlman, Esquire<br>Law Offices of Lee M. Perlman<br><br>Dated: 8/11/20 | _____<br>Eamonn O'Hagan, Esquire<br>Senior Bankruptcy Counsel<br><br>Digitally signed by EAMONN O'HAGAN<br>Date: 2020.08.11 13:56:27 -04'00'<br><br>Dated:_____ |