UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Offices of Lee M. Perlman
1926 Greentree Road, Suite 100
Cherry Hill, NJ 08003
Tel: (856) 751-4224
Fax: (888) 635-5933
Lee M. Perlman, Esq., (019171994)

**Order Filed on August 11, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    RODNEY AND KATHLEEN BROWN

Chapter 13

Case No.: 18-28694-ABA

Hearing Date: August 12, 2020
Time: 10:00 a.m.

Judge: Hon. Andrew B. Altenburg, Jr.

**CONSENT ORDER TO DEEM THE LATE FILED PROOF OF CLAIM FILED BY THE
INTERNAL REVENUE SERVICES AS TIMELY FILED**

The relief set forth on the following pages, numbered two (3) is hereby **ORDERED**.

**DATED: August 11, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Rodney & Kathleen Brown
Case No: 18-28694-ABA
Caption of Order: Consent Order to deem the late filed Proof of Claim filed by the Internal Revenue Services as timely filed

Upon consideration of priority creditor Internal Revenue Service's Proof of Claim as further detailed in PACER Claim #29-1, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown; it is hereby;

**ORDERED** as follows:

1. Internal Revenue Service proof of claim will govern as filed and will be deemed as timely filed. The priority amount of $6,102.01 will be scheduled to be paid in full through Debtor's Chapter 13 Plan.

2. The Chapter 13 Trustee shall adjust the amount to be distributed to the Internal Revenue Service to reflect the terms of this Order.

| | |
|---|---|
| The form and entry of the order is<br>Hereby acknowledged and agreed to: | Without Objection: |
| Lee M. Perlman, Esquire<br>Attorney for Debtor | Eamonn O'Hagan, Esquire<br>U.S. Attorney's Office<br>District of New Jersey |
| *(signature)*<br>Lee M. Perlman, Esquire<br>Law Offices of Lee M. Perlman | *(digitally signed)*<br>Digitally signed by EAMONN O'HAGAN<br>Date: 2020.08.11 13:56:27 -04'00'<br>Eamonn O'Hagan, Esquire<br>Senior Bankruptcy Counsel |
| Dated: 8/11/20 | Dated: _____ |

United States Bankruptcy Court
District of New Jersey

In re:  
Rodney W Brown  
Kathleen M Brown  
    Debtors

Case No. 18-28694-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1       User: admin       Page 1 of 1       Date Rcvd: Aug 11, 2020  
                        Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.  
db/jdb         +Rodney W Brown,   Kathleen M Brown,   2 Lacy Court,   Clayton, NJ 08312-1540

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                       TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:

          Amy L Knapp    on behalf of Joint Debtor Kathleen M Brown ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com  
          Amy L Knapp    on behalf of Debtor Rodney W Brown ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com  
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVIVING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-1 bankruptcy@feinsuch.com  
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Lee Martin Perlman    on behalf of Joint Debtor Kathleen M Brown ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com  
          Lee Martin Perlman    on behalf of Debtor Rodney W Brown ecf@newjerseybankruptcy.com, mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com  
          R. A. Lebron    on behalf of Loss Mitigation    Select Portfolio Servicing bankruptcy@feinsuch.com  
          R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVIVING, INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-1 bankruptcy@feinsuch.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 12