Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−28694−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Rodney W Brown
2 Lacy Court
Clayton, NJ 08312

Kathleen M Brown
aka Kathleen M. Dickinson
2 Lacy Court
Clayton, NJ 08312

Social Security No.:
xxx−xx−9498
xxx−xx−5999

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on August 18, 2020.

On 3/8/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:           April 14, 2021
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: March 9, 2021
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                   Case No. 18-28694-ABA

Rodney W Brown                                             Chapter 13

Kathleen M Brown

     Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                                    User: admin                                      Page 1 of 5

Date Rcvd: Mar 09, 2021                              Form ID: 185                                  Total Noticed: 70

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++                Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney W Brown, Kathleen M Brown, 2 Lacy Court, Clayton, NJ 08312-1540 |
| 517765196 | + | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517865780 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517843372 | | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517765205 | + | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 517765249 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517765220 | + | Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517765221 | + | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518376076 | + | HESAA, PO Box 548, Trenton NJ 08625-0548 |
| 517765222 | + | Holly Brown, 2 Lacy Court, Clayton, NJ 08312-1540 |
| 518980653 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518980654 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 517765223 | + | Kahuna Payment Solututions, Attn: Bankruptcy Department, 2714 Mcgraw Dr., Bloomington, IL 61704-6012 |
| 518372297 | + | Kentucky Higher Education, Student Loan Corporation, PO Box 24328, Louisville KY 40224-0328 |
| 517817530 | + | Navient Solutions, LLC. on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 517814748 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 517819750 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517765235 | + | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517765245 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 517998626 | + | Toyota Motor Credit Corporation, Kevin G. McDonald, Esquir, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 518475044 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517868229 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517765246 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 517765247 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 518125481 | | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 517892257 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 517765250 | + | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 517765252 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 28

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 09 2021 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 09 2021 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: jennifer.chacon@spservicing.com | Mar 09 2021 21:07:00 | Select Portfolio Servicing, 3217 South Decker Lake Dr., Salt Lake City, UT 84119-3284 |

Case 18-28694-ABA   Doc 68   Filed 03/11/21   Entered 03/12/21 00:16:12   Desc Imaged
                         Certificate of Notice    Page 3 of 6

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: 185 | Total Noticed: 70 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 517765195 | + | Email/Text: backoffice@affirm.com | Mar 09 2021 21:07:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 517877462 | | Email/Text: bankruptcy@pepcoholdings.com | Mar 09 2021 21:06:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517765197 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 09 2021 21:02:24 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517824265 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 09 2021 21:03:34 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517765199 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 09 2021 22:20:21 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517765200 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2021 21:06:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517765201 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2021 21:06:00 | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517765202 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2021 21:06:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517765204 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 09 2021 21:07:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 517765206 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2021 21:01:10 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517765207 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 09 2021 21:02:26 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517765208 | + | Email/PDF: pa_dc_ed@navient.com | Mar 09 2021 21:03:40 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 518732170 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 09 2021 21:06:00 | Internal Revenue Service, Centralized Insolvency, Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517765224 | + | Email/Text: PBNCNotifications@peritusservices.com | Mar 09 2021 21:05:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517795753 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 09 2021 21:01:01 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517765225 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 09 2021 21:02:17 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517765226 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2021 21:06:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517765227 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2021 21:06:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517798044 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2021 21:06:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517765230 | + | Email/PDF: pa_dc_claims@navient.com | Mar 09 2021 21:02:30 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 517891475 | | Email/PDF: pa_dc_claims@navient.com | Mar 09 2021 21:01:14 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517992136 | + | Email/PDF: pa_dc_claims@navient.com | Mar 09 2021 21:02:30 | Navient Solutions, LLC., 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 517765233 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2021 21:03:38 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517892619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 09 2021 21:03:38 | Portfolio Recovery Associates, LLC, c/o Carnival, POB 41067, Norfolk VA 23541 |

Case 18-28694-ABA    Doc 68    Filed 03/11/21    Entered 03/12/21 00:16:12    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: 185 | Total Noticed: 70 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517881628 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2021 21:03:38 | | Portfolio Recovery Associates, LLC, c/o Qcard, POB 41067, Norfolk VA 23541 |
| 517889399 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2021 21:03:38 | | Portfolio Recovery Associates, LLC, c/o Qvc, POB 41067, Norfolk VA 23541 |
| 517879920 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 09 2021 21:01:13 | | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517875499 | | Email/Text: bnc-quantum@quantum3group.com Mar 09 2021 21:06:00 | | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517767311 | | Email/Text: bnc-quantum@quantum3group.com Mar 09 2021 21:06:00 | | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 517875496 | | Email/Text: bnc-quantum@quantum3group.com Mar 09 2021 21:06:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517765236 | + | Email/Text: jennifer.chacon@spservicing.com Mar 09 2021 21:07:00 | | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518834005 | | Email/Text: jennifer.chacon@spservicing.com Mar 09 2021 21:07:00 | | Select Portfolio Servicing, Inc., as servicer for, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517765238 | + | Email/PDF: gecsedi@recoverycorp.com Mar 09 2021 21:02:17 | | Synchrony Bank, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517765237 | + | Email/PDF: gecsedi@recoverycorp.com Mar 09 2021 21:03:28 | | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517767078 | + | Email/PDF: gecsedi@recoverycorp.com Mar 09 2021 21:02:17 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517765241 | + | Email/PDF: gecsedi@recoverycorp.com Mar 09 2021 21:01:01 | | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517765242 | + | Email/PDF: gecsedi@recoverycorp.com Mar 09 2021 21:03:28 | | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517765243 | + | Email/PDF: gecsedi@recoverycorp.com Mar 09 2021 21:01:02 | | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517765244 | + | Email/PDF: gecsedi@recoverycorp.com Mar 09 2021 21:02:17 | | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517765246 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com Mar 09 2021 21:06:00 | | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 43

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517892961 | | DEUTSCHE BANK, NATIONAL TRUST COMPANY, as TRUSTEE |
| 517765198 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517765203 | *+ | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517765209 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765210 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765211 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765212 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765213 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765214 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765215 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765216 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765217 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765218 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |

| | | |
|---|---|---|
| 517765219 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765228 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517765229 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517765231 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 517765232 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 517765234 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517911226 | * | Select Portfolio Servicing, Inc., P.O.Box 65250, Salt Lake City UT 84165-0250 |
| 517765239 | *+ | Synchrony Bank, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517765240 | *+ | Synchrony Bank, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517765248 | *+ | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 517765251 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2021                      Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L Knapp | on behalf of Debtor Rodney W Brown ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com |
| Amy L Knapp | on behalf of Joint Debtor Kathleen M Brown ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jill Manzo | on behalf of Creditor SELECT PORTFOLIO SERVIVING INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-1 bankruptcy@fskslaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Kathleen M Brown ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Rodney W Brown ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Loss Mitigation Select Portfolio Servicing bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor SELECT PORTFOLIO SERVIVING INC., as servicer for DEUTSCHE BANK NATIONAL TRUST |

District/off: 0312-1 | User: admin | Page 5 of 5
Date Rcvd: Mar 09, 2021 | Form ID: 185 | Total Noticed: 70

COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-1 bankruptcy@fskslaw.com

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 12