**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Rodney W Brown<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9498<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kathleen M Brown<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5999<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–28694–ABA | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rodney W Brown

Kathleen M Brown
aka Kathleen M. Dickinson

12/6/21

**By the court:** Andrew B. Altenburg Jr.
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Rodney W Brown  
Kathleen M Brown  
    Debtors

Case No. 18-28694-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 5  
Date Rcvd: Dec 06, 2021     Form ID: 3180W     Total Noticed: 70

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rodney W Brown, Kathleen M Brown, 2 Lacy Court, Clayton, NJ 08312-1540 |
| lm | + | Select Portfolio Servicing, 3217 South Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 517765220 | + | Fein, Such, Kahn & Shepard, PC, 7 Century Drive, Suite 201, Parsippany, NJ 07054-4673 |
| 517765221 | + | Financial Recoveries, Attn: Bankruptcy, Po Box 1388, Mount Laurel, NJ 08054-7388 |
| 518376076 | + | HESAA, PO Box 548, Trenton NJ 08625-0548 |
| 517765222 | + | Holly Brown, 2 Lacy Court, Clayton, NJ 08312-1540 |
| 518980653 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518980654 | | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798 FRANKFORT KY 40602-0798 |
| 517765223 | #+ | Kahuna Payment Solutuions, Attn: Bankruptcy Department, 2714 Mcgraw Dr., Bloomington, IL 61704-6012 |
| 518372297 | + | Kentucky Higher Education, Student Loan Corporation, PO Box 24328, Louisville KY 40224-0328 |
| 517817530 | + | Navient Solutions, LLC. on behalf of, NJHEAA, PO BOX 548, Trenton, NJ 08625-0548 |
| 517814748 | | Navient Solutions, LLC. on behalf of, Educational Credit Management Corporatio, PO BOX 16408, St. Paul, MN 55116-0408 |
| 517765236 | + | Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518834005 | | Select Portfolio Servicing, Inc., as servicer for, P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517868229 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517998626 | + | Toyota Motor Credit Corporation, Kevin G. McDonald, Esquir, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517765247 | + | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 517892257 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517765195 | + | Email/Text: backoffice@affirm.com | Dec 06 2021 20:36:00 | Affirm Inc, Affirm Incorporated, Po Box 720, San Francisco, CA 94104-0720 |
| 517877462 | | Email/Text: bankruptcy@pepcoholdings.com | Dec 06 2021 20:35:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 517765196 | + | EDI: TSYS2 | Dec 07 2021 01:38:00 | Barclays Bank Delaware, Attn: Correspondence, Po Box 8801, Wilmington, DE 19899-8801 |
| 517765197 | + | EDI: CAPITALONE.COM | Dec 07 2021 01:38:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517824265 | | EDI: CAPITALONE.COM | Dec 07 2021 01:38:00 | Capital One Bank (USA), N.A., PO Box 71083, |

Case 18-28694-ABA   Doc 82   Filed 12/08/21   Entered 12/09/21 00:14:35   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: 3180W | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| | | | Charlotte, NC 28272-1083 |
| 517865780 | EDI: BL-BECKET.COM | Dec 07 2021 01:38:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517765199 | + EDI: CITICORP.COM | Dec 07 2021 01:38:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517765200 | EDI: WFNNB.COM | Dec 07 2021 01:38:00 | Comenity Capital Bank/HSN, Attn: Bankruptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517765201 | EDI: WFNNB.COM | Dec 07 2021 01:38:00 | Comenity Capital/Zales, Attn: Bankrutptcy Dept, Po Box 18215, Columbus, OH 43218 |
| 517765202 | + EDI: WFNNB.COM | Dec 07 2021 01:38:00 | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517765204 | + EDI: CCS.COM | Dec 07 2021 01:38:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 517843372 | EDI: CRFRSTNA.COM | Dec 07 2021 01:38:00 | Credit First NA, PO Box 818011, Cleveland, OH 44181-8011 |
| 517765205 | + EDI: CRFRSTNA.COM | Dec 07 2021 01:38:00 | Credit First National Assoc, Attn: BK Credit Operations, Po Box 81315, Cleveland, OH 44181-0315 |
| 517765206 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 06 2021 20:49:31 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517765207 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 06 2021 20:49:25 | Credit One Bank Na, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517765249 | + EDI: CITICORP.COM | Dec 07 2021 01:38:00 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 517765208 | + EDI: NAVIENTFKASMDOE.COM | Dec 07 2021 01:38:00 | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 518732170 | EDI: IRS.COM | Dec 07 2021 01:38:00 | Internal Revenue Service, Centralized Insolvency, Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517765224 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2021 20:35:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 517795753 | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 06 2021 20:49:24 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517765225 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 06 2021 20:49:18 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517765226 | + EDI: MID8.COM | Dec 07 2021 01:38:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517765227 | + EDI: MID8.COM | Dec 07 2021 01:38:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517798044 | + EDI: MID8.COM | Dec 07 2021 01:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517765230 | + EDI: NAVIENTFKASMSERV.COM | Dec 07 2021 01:38:00 | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 517891475 | EDI: NAVIENTFKASMSERV.COM | Dec 07 2021 01:38:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517992136 | + EDI: NAVIENTFKASMSERV.COM | Dec 07 2021 01:38:00 | Navient Solutions, LLC., 220 Lasley Ave, Wilkes-Barre, PA 18706-1430 |
| 517765233 | EDI: PRA.COM | Dec 07 2021 01:38:00 | Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517892619 | EDI: PRA.COM | Dec 07 2021 01:38:00 | Portfolio Recovery Associates, LLC, c/o Carnival, |

Case 18-28694-ABA   Doc 82   Filed 12/08/21   Entered 12/09/21 00:14:35   Desc Imaged
Certificate of Notice   Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: 3180W | Total Noticed: 70 |

| | | | |
|---|---|---|---|
| | | | POB 41067, Norfolk VA 23541 |
| 517881628 | EDI: PRA.COM | Dec 07 2021 01:38:00 | Portfolio Recovery Associates, LLC, c/o Qcard, POB 41067, Norfolk VA 23541 |
| 517889399 | EDI: PRA.COM | Dec 07 2021 01:38:00 | Portfolio Recovery Associates, LLC, c/o Qvc, POB 41067, Norfolk VA 23541 |
| 517879920 | EDI: PRA.COM | Dec 07 2021 01:38:00 | Portfolio Recovery Associates, LLC, c/o Wal-mart, POB 41067, Norfolk VA 23541 |
| 517875499 | EDI: Q3G.COM | Dec 07 2021 01:38:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517767311 | EDI: Q3G.COM | Dec 07 2021 01:38:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 517875496 | EDI: Q3G.COM | Dec 07 2021 01:38:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517819750 | + EDI: DRIV.COM | Dec 07 2021 01:38:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517765235 | + EDI: DRIV.COM | Dec 07 2021 01:38:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517765238 | + EDI: RMSC.COM | Dec 07 2021 01:38:00 | Synchrony Bank, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517765237 | + EDI: RMSC.COM | Dec 07 2021 01:38:00 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517767078 | + EDI: RMSC.COM | Dec 07 2021 01:38:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517765241 | + EDI: RMSC.COM | Dec 07 2021 01:38:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517765242 | + EDI: RMSC.COM | Dec 07 2021 01:38:00 | Synchrony Bank/QVC, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517765243 | + EDI: RMSC.COM | Dec 07 2021 01:38:00 | Synchrony Bank/Sams Club, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517765244 | + EDI: RMSC.COM | Dec 07 2021 01:38:00 | Synchrony Bank/Walmart, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517765245 | EDI: TFSR.COM | Dec 07 2021 01:38:00 | Toyota Financial Services, Attn: Bankruptcy, Po Box 8026, Cedar Rapids, IA 52409 |
| 518475044 | EDI: BL-TOYOTA.COM | Dec 07 2021 01:38:00 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517765246 | EDI: USBANKARS.COM | Dec 07 2021 01:38:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |
| 518125481 | EDI: WFFC.COM | Dec 07 2021 01:38:00 | United States Department of Education, Claims Filing Unit, P O Box 8973, Madison, WI 53708-8973 |
| 517765250 | + EDI: WFFC.COM | Dec 07 2021 01:38:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |
| 517765252 | + EDI: WFFC.COM | Dec 07 2021 01:38:00 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517892961 | | DEUTSCHE BANK, NATIONAL TRUST COMPANY, as TRUSTEE |
| 517765198 | *+ | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517765203 | *+ | Comenitybank/wayfair, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 517765209 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765210 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765211 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765212 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765213 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765214 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765215 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765216 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765217 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765218 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765219 | *+ | Dept of Ed / Navient, Attn: Claims Dept, Po Box 9635, Wilkes Barr, PA 18773-9635 |
| 517765228 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517765229 | *+ | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 517765231 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 517765232 | *+ | Navient, Attn: Bankruptcy, Po Box 9000, Wiles-Barr, PA 18773-9000 |
| 517765234 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery, Po Box 41067, Norfolk, VA 23541 |
| 517911226 | * | Select Portfolio Servicing, Inc., P.O.Box 65250, Salt Lake City UT 84165-0250 |
| 517765239 | *+ | Synchrony Bank, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517765240 | *+ | Synchrony Bank, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517765248 | *+ | US Deptartment of Education/Great Lakes, Attn: Bankruptcy, Po Box 7860, Madison, WI 53707-7860 |
| 517765251 | *+ | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 1 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L Knapp | on behalf of Debtor Rodney W Brown ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com |
| Amy L Knapp | on behalf of Joint Debtor Kathleen M Brown ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |

District/off: 0312-1 User: admin Page 5 of 5
Date Rcvd: Dec 06, 2021 Form ID: 3180W Total Noticed: 70

| | |
|---|---|
| Jill Manzo | on behalf of Creditor SELECT PORTFOLIO SERVIVING  INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-1 bankruptcy@fskslaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Joint Debtor Kathleen M Brown ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Debtor Rodney W Brown ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Loss Mitigation Select Portfolio Servicing bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor SELECT PORTFOLIO SERVIVING  INC., as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR LONG BEACH MORTGAGE LOAN TRUST 2006-1 bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12